UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN DEPARTMENT OF
ENVIRONMENTAL QUALITY,

                         Civil Case Number 17-12107
       Plaintiff,           Honorable David M. Lawson

v.

CITY OF FLINT,

       Defendant,

and

FLINT CITY COUNCIL,

       Intervening defendant.

_____/

## **JUDGMENT**

In accordance with the Opinion and Order Granting in Part the Plaintiff's motion for summary judgment entered on this date,

It is **ORDERED AND ADJUDGED** that the City of Flint, including all the appropriate branches of its government, must choose a long term source of drinking water that satisfies EPA's Emergency Administrative Order, as amended, and sign all the requisite agreements to implement that choice **on or before October 23, 2017**.

                                           s/David M. Lawson
                                           DAVID M. LAWSON
                                           United States District Judge

Dated: October 17, 2017

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 17, 2017.

        s/Susan Pinkowski
        SUSAN PINKOWSKI